# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-08104 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | John Lee Easley | | | | Date Filed (f) or Converted (c): | 03/22/2019 (f) |
| | Christie M Easley | | | | 341(a) Meeting Date: | 04/23/2019 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 08/29/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14136 Hunt Club Lane Plainfield Il 60544-0000 Will | 270,000.00 | 270,000.00 | | 0.00 | 240,000.00 |
| 2. 2012 Dodge Grand Caravan | 8,250.00 | 0.00 | | 0.00 | 0.00 |
| 3. 2007 Saturn Ion | 3,075.00 | 0.00 | | 0.00 | 0.00 |
| 4. 2004 Ford Mustang | 3,325.00 | 0.00 | | 0.00 | 0.00 |
| 5. Household Good & Furniture | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. Tv & Electronics | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Normal Apparel | 600.00 | 0.00 | | 0.00 | 0.00 |
| 8. Tcf Bank | 200.00 | 0.00 | | 0.00 | 0.00 |
| 9. Christie Easley 2018 Tax Refund Federal | 2,406.00 | 0.00 | | 0.00 | 0.00 |
| 10. Term Life Insurance Death Benefit Only | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. John Easley V Excel Logistics (Workers Compensation, No Third Party Claims) | Unknown | 0.00 | | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $289,356.00 | $270,000.00 | | $0.00 | $240,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Counsel hired May 24, 2019 (Doc 19) to pursue Fraudulent conveyance of real property at tax sale. Lis pendens was filed in June 2019. Attorney continues to pursue resolution. Trustee investigating transfers on bank documents within the preference period.

Initial Projected Date of Final Report (TFR): 03/19/2021    Current Projected Date of Final Report (TFR): 03/19/2021

Trustee Signature:    /s/ Cindy M. Johnson, Trustee    Date: 11/01/2019

Case 19-08104    Doc 27    Filed 11/01/19    Entered 11/01/19 21:51:07    Desc Main
            Document      Page 2 of 4

Cindy M. Johnson, Trustee
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
(312)345-1306
CMJtrustee@jnlegal.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-08104 | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|
| Case Name: | John Lee Easley | Bank Name: | |
| | Christie M Easley | Account Number/CD#: | |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/30/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|   | $0.00 | $0.00 | $0.00 |
|   | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ Cindy M. Johnson, Trustee    Date: 11/01/2019

Cindy M. Johnson, Trustee
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
(312)345-1306
CMJtrustee@jnlegal.net

Page Subtotals:    $0.00    $0.00