IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 19-08104 |
| **John Lee Easley** **Christie M Easley** | Chapter 7 |
| Debtor(s). | Honorable Pamela S. Hollis |
| | Set for December 20, 2019 at 10:00 a.m. |

## NOTICE OF MOTION

TO:  Attached Service List

PLEASE TAKE NOTICE that on December 20, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis a t Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present Trustee's **Motion to Compel**, a copy of which is attached hereto and is hereby served upon you.

/s/    Cindy M. Johnson
Chapter 7 Trustee

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on December 2, 2019.

 /s/ Cindy M. Johnson

## SERVICE LIST

### Electronic Mail Notice List

- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.axosfs.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David M Siegel    davidsiegelbk@gmail.com,
  R41057@notify.bestcase.com;johnellmannlaw@gmail.com
- Zane L. Zielinski  trustee@zanezielinski.com

### US Mail

John Lee Easley
Christie M Easley
14136 Hunt Club
Plainfield, Il  60544

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

IN THE UNITED STATES BANKRUPTCY
COURT  FOR THE NORTHERN DISTRICT OF
ILLINOIS  EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 19-08104 |
| **John Lee Easley** | **Chapter 7** |
| **Christie M Easley** | |
| | **Honorable Pamela S. Hollis** |
| **Debtor(s).** | **Set for December 20, 2019 at 10:00 a.m.** |

### MOTION TO COMPEL

NOW COMES, Cindy M. Johnson (hereafter, "Trustee"), not individually, but as trustee of  the bankruptcy estate of John Lee Easley, Christie M Easley and, in support of her Motion to  Compel, states as follows:

1.   On March 22, 2019, John Lee Easley and Christie M Easley filed a joint voluntary  petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code  (hereafter, "Code").

2.   John Lee Easley and Christie M Easley ("Debtors") are the debtors in this case.

3.   As a party in interest, Trustee is amply justified in requesting documents and information from a debtor(s) concerning (a) the acts of the debtor(s), (b) the conduct of the debtor(s), (c) the property of the debtor(s), (d) matters which may affect the administration of the debtor's estate, (e) the  operation of any business and the desirability of its continuance, and (f) any other  matter relevant to the case or the administration of the debtor's estate.

4.   On November 8, 2019, Trustee's assistant emailed Debtors' attorney informing him that after review of bank statements provided to the Trustee additional information and documents were required, namely;

- Bank statements from 5/3 Bank from 12-22-18 to 3-22-19

- Bank statements from TCF Bank account ending in 2641 from 12-22-18 to 12-25-18

- Bank statements from TCF Bank accounts ending in 8624 and 3409 from 12-22-18 to 3-22-19

- Source of funds, copy of deposit slip and checks relating to a $15,524.26 deposit to TCF account 2641 on 3-18-19

- Copy of front and back of cancelled check number 1114 from TCF account 2641 in the amount of $7,000.00

- Explanation of dissipation of $2,000.00 cash withdrawal from TCF account 2641 on February 28, 2019

- Explanation of dissipation of $1,700.00 cash withdrawal from TCF account 2641 on January 11, 2019

5.   Debtors' attorney responded on November 8, 2019 to Trustee Assistant's email that the email had been received. He would look into it and get back to her.

6.   Having not heard from Debtor's counsel by November 20, 2019, Trustee's Assistant sent another email to Debtors' attorney re-requesting the items listed above.

7.   In the email Trustee explained if Debtor has not completed the requests by November 22, 2019 that Trustee would file a motion to compel debtor to comply.

8.   As of December 2, 2019, Debtor's attorney has not responded to the November 20, 2019 email, no documents requested have been produced or information has been provided.

WHEREFORE, Cindy M. Johnson, not individually, but as Trustee of the Estate of John Lee Easley and Christie M Easley, asks this Honorable Court to enter to enter an

order:

1.  Compelling the Debtors, within fourteen days, to provide to Trustee:

· Bank statements from 5/3 Bank from 12-22-18 to 3-22-19

· Bank statements from TCF Bank account ending in 2641 from 12-22-18 to

12-25-18

· Bank statements from TCF Bank accounts ending in 8624 and 3409 from

12-22-18 to 3-22-19

• Source of funds, copy of deposit slip and checks relating to a $15,524.26

deposit to TCF account 2641 on 3-18-19

• Copy of front and back of cancelled check number 1114 from TCF account

2641 in the amount of $7,000.00

• Explanation of dissipation of $2,000.00 cash withdrawal from TCF account

2641 on February 28, 2019

• Explanation of dissipation of $1,700.00 cash withdrawal from TCF account

2641 on January 11, 2019

2.  Granting such other and further relief as is just and equitable.


Respectfully submitted,
Cindy M. Johnson, not individually, but
as Trustee of the Estate of John Lee
Easley and Christie M Easley


/s/    Cindy M. Johnson
Chapter 7 Trustee

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306