# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **John Lee Easley & Christine M. Easley,** | ) | Case No. 19-08104 |
| | ) | |
| Debtors. | ) | Honorable Judge LaShonda A. Hunt |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 5, 2020 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge LaShonda A. Hunt of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, or whomever may be sitting in her place and stead at the 2nd Floor of the Joliet City Hall building at 150 West Jefferson Street in Joliet, Illinois or whomever may be sitting in her place and stead, and then and there present the attached **Trustee's Motion For Leave to Conduct Rule 2004 Examinations**, a copy of which is attached hereto and hereby served upon you.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

DATED:  MAY 22, 2020

Cindy M. Johnson, not individually but as Trustee of the Estate of John Lee Easley & Christine M. Easley,

　　　　/s/　　*Daniel J. Nickel*　　
One of her Attorneys

Zane L. Zielinski (6278776)
Daniel J. Nickel (6278133)
**THE LAW OFFICE OF
　　ZANE L. ZIELINSKI, P.C.**

6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191  /  773-981-4725 (Nickel)
f.  815-846-8516
e.  trustee@zanezielinski.com
e.  daniel@nickellawoffice.com

## CERTIFICATE OF SERVICE

      I, Daniel J. Nickel, an attorney, hereby certify that on May 22, 2020, the above Notice and Motion for Leave to Conduct Rule 2004 Examinations was served on the parties and each individual listed below in the described manner and if by mail, then by depositing same in the USPS dropbox located at 1 North State, Chicago, Illinois before 5:00 pm.

### VIA ELECTRONIC SERVICE – EMAIL ONLY

David M. Siegel          davidsieglbk@gmail.com
    Debtors' Counsel
Cindy M. Johnson        cmjtrustee@jnlegal.net
    Chapter 7 Trustee
Zane Zielinski            zanezielinski@trustee.com

### CREDITORS WHO REQUESTED NOTICE – SERVED BY EMAIL ONLY

PRA Receivables Management, LLC    claims@recoverycorp.com

### MANUAL SERVICE – VIA U.S. MAIL

*Debtor*                                  *Debtor*
John Lee Easley                Christine M. Easley
14136 Hunt Club              14136 Hunt Club
Plainfield, IL 60544          Plainfield, IL 60544

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **John Lee Easley & Christine M. Easley,** | ) Case No. 19-08104 |
| | ) |
| Debtors. | ) Honorable Judge LaShonda A. Hunt |
| | ) |

### MOTION FOR LEAVE TO CONDUCT RULE 2004 EXAMINATIONS
### OF THE DEBTORS, JOHN LEE EASLEY & CHRISTINE M. EASLEY

NOW COMES Cindy M. Johnson, not individually but as Trustee of the estate of John Lee Easley & Christine M. Easley ("Debtors"), by and through her counsel, and presents this motion (the "Motion"), pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an Order granting the Trustee leave to conduct the Rule 2004 Examinations on John Lee Easley and Christine M. Easley and states the following in support:

### BACKGROUND

1. On March 22, 2019 (the "Petition Date"), the Debtors filed a voluntary petition in this Court for protection under chapter 7 of the Bankruptcy Code.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On May 21, 2019, a meeting of the Debtors' creditors was convened pursuant to Section 341 of the Bankruptcy Code (the "341 Meeting"). This Court entered the discharge order on June 25, 2019.

4. On March 20, 2019 the Debtors' transferred their residential real estate located at 14136 Hunt Club Lane, Plainfield, IL 60544 (the "Property") to a newly created land trust. **Exhibit 1**, Deed in Trust. Two days later on March 22, 2019, they filed their chapter 7 petition. However, at this stage of the investigation, it is apparent that the Debtors concealed their Deed in Trust until after they received their discharge on June 25, 2019. They did not record the Deed in Trust until six months later, in September, 2019. The Trustee only recently became aware of the Deed in Trust.

5. In connection with the Property and the Deed in Trust, the Trustee is further informed of the following:

(a) The Property was sold at a tax sale prior to the Debtors filing their bankruptcy petition;

(b) the Debtors used or obtained $50,000 in cash which they transferred to a tax purchaser, or its agent, who had purchased their delinquent taxes on the Property, and the Debtors thereby received all of the tax purchaser's interest in the Property; and

(c) The Property has a market value in excess of $270,000 and is potentially free and clear of any liens or mortgages, and the Debtors have a 100% ownership interest therein.

6. The Trustee is investigating their assets and the source of funds they used to pay off the tax purchaser. Apart from the above, they have information about other assets that belong to the estate or in which the estate has an interest or potential claim.

**RELIEF REQUESTED**

7.   Trustee requests leave of this Court to conduct a Rule 2004 Examination of each Debtor, John Lee Easley and Christine M. Easley, within 60 days of the Court's order, and that Debtors be ordered to produce information requested by the Trustee in advance of their examinations.

**WHEREFORE**, Trustee respectfully requests that the Court enter the attached proposed Order:

(i)   Authorizing the 2004 examinations of John Lee Easley and Christine M. Easley within 60 days from the Court's order;

(ii)   Directing John Lee Easley and Christine M. Easley to provide documents requested by the Trustee seven days in advance of any 2004 examination;

(iii)   Granting such further relief as is fair and just.


Dated:  May 22, 2020

RESPECTFULLY SUBMITTED,

Cindy M. Johnson, not individually, but as Trustee of the Estate of John Lee Easley & Christine M. Easley,

　　　/s/　　Daniel J. Nickel　　
One of her Attorneys

Zane L. Zielinski (6278776)
Daniel J. Nickel (6278133)
**THE LAW OFFICE OF**
　　**ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191  /  773-981-4725 (Nickel)
f.  815-846-8516
e.  trustee@zanezielinski.com
e.  daniel@nickellawoffice.com