UNOFFICIAL COPY

```
                                              R2019063761
                                              KAREN A. STUKEL
                                              WILL COUNTY RECORDER
                                              RECORDED ON
                                              09/17/2019 01:05:55 PM
                                              RECORDING FEES: 42.00
                                              IL RENTAL HSNG: 9.00
                                              CONSIDERATION: 81,350.00
                                              WILL COUNTY TAX: 40.75
                                              IL STATE TAX: 81.50
                                              PAGES: 3
                                              MKE
```

# QUITCLAIM DEED
# DEED IN TRUST

The above space is for the recorder's use only

THIS INDENTURE WITNESSETH, THAT the Grantors, John Easley and Christine Easley husband and wife of the County of Will and the State of Illinois for and in consideration of Ten and No/100ths Dollars ($10.00), and other good and valuable considerations in hand paid, Conveys and warrants unto **THE CHICAGO TRUST COMPANY, NA.** its successor or successors, as Trustee under a trust agreement dated the 13 day of March 2019 and known as Trust Number **SBL-4771** the party of the second part whose address is **440 Lake St. Antioch, IL 60002** the following described real estate situated in the County of Lake in the State of Illinois, to wit,

(Note: If additional space is required for legal, attach on a separate 8 ½" x 11" sheet.)
together with all the appurtenances and privileges thereunto belonging or appertaining.

**Permanent Index No.: 06-03-02-401-043-0000**

UNDERSIGNED AGREE THAT THE ADDITIONAL, TERMS AND PROVISIONS ON THE REVERSE SIDE HEREOF SHALL CONSTITUTE A PART OF THIS **QUITCLAIM DEED** IN TRUST AND ARE INCORPORATED HEREIN.

And the said grantors hereby expressly waive and release any and all rights or benefits under and by virtue of any and all statues of the State of Illinois, providing for the exemption of homesteads from sales on execution or otherwise.

In Witness Whereof, the grantors aforesaid have hereunto set their hands and seals this __20__ day of __March__, 2019.

Christine Easley                                          John Easley

*/s/ Christi Easly/*                                      */s/ John Easley/*

| | | |
|---|---|---|
| MAIL | The Chicago Trust Company., N.A. | ADDRESS  14136 Hunt Club Lane |
| DEED | c/o SBL # 4771 |               Plainfield IL 60544 |
| TO: | 440 Lake St. | PROPERTY:_____ |
|  | Antioch, IL 60002 | The above address is for information only and is not part of this deed. |

**TO HAVE AND TO HOLD** the real estate with its appurtenances upon the trusts and for the uses and purposes herein and in the trust agreement set forth. This deed is made Subject to the lien of every trust deed or mortgage (if any there be) of record in said county given to secure the payment of money, and remaining unreleased at the date of the delivery hereof.

UNOFFICIAL COPY

Full power and authority is hereby granted to said trustee to improve, manage, protect and subdivide the real estate or any part thereof; to dedicate parks, streams, highways or alleys and to vacate any subdivision or part thereof; to execute contracts to sell or exchange, or execute grants of options to purchase, to execute contracts to sell on any terms, to convey either with or without consideration; to convey real estate or any part thereof to a successor or successors in trust and to grant to such successor or successors in trust all of the title, estate, powers and authorities vested in the trustee; to donate, to dedicate, to mortgage, or otherwise encumber the real estate, or any part thereof; to execute leases of the real estate, or any part thereof, from time to time, in possession or reversion by leases to commerce in praesenti or futuro, and upon any terms and for any period or periods of time, and to execute renewals or extensions of leases upon any terms and for any period or periods of time and to execute amendments, changes or modifications of leases and the terms and provisions thereof at any time or times hereafter; to execute contracts to make leases and to execute options to lease and options to renew leases and options to purchase the whole or any part of the reversion and to execute contracts respecting the manner of fixing the amount of present or future rentals, to execute grants of easements or charges or any kind; to release, convey or assign any right, title or interest in or about easement appurtenant to the real estate or any part thereof, and to deal with the title to said real estate and every part thereof in all other ways and for such other considerations as it would be lawful for any person owning the title to the real estate to deal with it, whether similar to or different from the ways above specified and at any time or times hereafter.

In no case shall any party dealing with said trustee in relation to the real estate, or to whom the real estate or any part thereof shall be conveyed, contracted to be sold, leased or mortgaged by the trustee, be obliged to see the application of any purchase money, rent, or money borrowed or advanced on the real estate, or be obliged to see that the terms of the trust have been complied with, or be obliged to inquire into the necessity or expediency of any act of the trustee, or to be obliged or privileged to inquire into any or the terms of the trust agreement; and every deed, trust deed, mortgage, lease or other instrument executed by the trustee in relation to the real estate shall be conclusive evidence in favor of every person relying upon or claiming under any such conveyance, lease or other instrument, (a) that at the time of the delivery thereof the trust created herein and by the trust agreement was in full force and effect, (b) that such conveyance of other instrument was executed in accordance with the trusts, conditions and limitations contained herein and in the trust agreement or in any amendments thereof and bindings upon all beneficiaries, (c) that the trustee was duly authorized and empowered to execute and deliver every such deed, trust deed, lease, mortgage or other instruments and (d) if the conveyance is made to a successor or successors in trust that such successor or successors in trust have been properly appointed and are fully vested with all the title, estate rights, powers, authorities, duties and obligations of it, his or their predecessor in trust.

The interest of each beneficiary under the trust agreement and of all persons claiming under them or any of them shall be only in possession, earnings, and the avails and proceeds arising from the sale, mortgage or other disposition of the real estate, and such interest is hereby declared to be personal property, and no beneficiary shall have any title or interest, legal or equitable, in or to the real estate as such, but only an interest in the possession, earnings, avails, and proceeds thereof as aforesaid.

If the title to any of the above lands is now or hereafter registered, the Registrar of Titles is hereby directed not to register or note in the certificate of title or duplicate thereof, or memorial, the words "in trust," or "upon condition," or "with limitations," or words of similar import, in accordance with the statute in such case made and provided.

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | I, the undersigned, a Notary Public in and for said County, in the State aforesaid, |
| | )SS | DO HEREBY CERTIFY that John Easley and Christine Easley |
| COUNTY OF Will | ) | personally known to me to be the same persons, whose names are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed, sealed and delivered the instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead. |

Given under my hand and notarial seal this 20th day of March, 2019.

_____
Notary Public

My commission expires: 4/29/2022

**"OFFICIAL SEAL"**
Denise A. Toman
Notary Public, State of Illinois
My Commission Expires April 29, 2022

This instrument was prepared by:

<u>John Easley</u>
<u>14136 Hunt Club Lane</u>
<u>Plainfield IL 60544</u>

Mail subsequent tax bills to:
The Chicago Trust Company., N.A.
C/0 SBL 4771
440 Lake St
Antioch, IL 60002

LOT 145 IN THE RESERVE OF PLAINFIELD UNIT TWO, BEING A SUBDIVISION OF PART OF THE WEST 3/4 OF THE SOUTHEAST 1/4 OF SECTION 2, TOWNSHIP 36 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING YO THE PLAT THEREOF RECORDED DECEMBER 21, 1999 AS DOCUMENT NUMBER R99-155071, AND CERTIFICATE OF CORRECTION RECORDED JANUARY 6, 2000 AS DOCUMENT NUMBER R2000-002047, AND CERTIFICATE OF CORRECTION RECORDED JANUARY 25, 2000 AS DOCUMENT NUMBER R2000-010105, IN WILL COUNTY, ILLINOIS

14136 Hunt Club Lane Plainfield IL 60544 06-03-02-401-043-0000

UNOFFICIAL COPY