# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

Plaintiff/Petitioner: Interstate Funding

vs

Defendant/Respondent: General Jones

CASE NO: 18 TX 142

ORDER — Agreed

| | | | |
|---|---|---|---|
| PLAINTIFF/PETITIONER PRESENT: ☐ YES ☒ NO | Judge: Anderson | PLAINTIFF/PETITIONER'S ATTORNEY: Burek | PRESENT: ☒ YES ☐ NO |
| DEFENDANT/RESPONDENT PRESENT: ☐ YES ☒ NO | SELF-REPRESENTED LITIGANT (SRL): ☐ PLAINTIFF/PETITIONER ☐ DEFENDANT/RESPONDENT | DEFENDANT/RESPONDENT'S ATTORNEY: T. Clark | PRESENT: ☒ YES ☐ NO |

Cause coming on to be heard on presentation of the taxpayer's Easterly motion to vacate, both parties present by counsel, and the Court being fully advised in the premises, IT IS ORDERED THAT:

1. The Order for Tax Deed entered herein on 4/10/19 is hereby vacated;

2. That the tax deed recorded as document No. R2019-21379 with the Office of the Will County Recorder is declared ineffective to transfer title to the property and held for naught;

3. Plaintiff's Easterly ordered to comply with Section 22-80 of the Property Tax Code within 90 days of today's date;

4. Cause set for status on §22-80 compliance on 9/19/19 at 9:00 a.m.

Dated: 6/5, 2019

Enter: [signature] Judge

(Signature of Plaintiff/Petitioner or Plaintiff/Petitioner's Attorney)   (Signature of Defendant/Respondent or Defendant/Respondent's Attorney)

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

White – Court   Yellow – Plaintiff   Pink – Defendant          7C (Revised 06/17)