# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re:                                          )            BK No.:    19-08104
                                                )
John Lee Easley & Christine M. Easley,          )            Chapter: 7
            Debtors.                            )
                                                )            Honorable LaShonda Hunt
                                                )
                                                )            Joliet
            Debtor(s)                           )

## ORDER AUTHORIZING RULE 2004 EXAMINATIONS

THIS MATTER COMING ON TO BE HEARD upon TRUSTEE'S MOTION TO CONDUCT RULE 2004 EXAMINATIONS OF John Lee Easley & Christine M. Easley. (the "2004 Respondents"), due notice having been given to all parties entitled thereto, the Court having jurisdiction over this core proceeding, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.  The Motion is granted.  The Trustee is hereby authorized to conduct the Rule 2004 examinations of the following:   John Lee Easley & Christine M. Easley.

2.  The 2004 Respondents shall attend the Rule 2004 examination, upon reasonable notice from the Trustee within sixty (60) days of the entry of this Order.

3.  The 2004 Respondents shall provide documents requested by Trustee seven days in advance of any 2004 examination.

Enter:     _LaShonda A. Hunt_

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  June 05, 2020

**Prepared by:**

Daniel J. Nickel, Of Counsel
Law Office of Zane Zielinski, P.C.
6336 North Cicero Av., Suite 201
Chicago, Illinois 60646
ph: 773-877-3191
Email:  trustee@zanezielinski.com
Email:  daniel@nickellawoffice.com