UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-08104
John Lee Easley & Christine M. Easley, )
        Debtors. )
) Chapter: 7
) Honorable LaShonda Hunt
) Joliet
        Debtor(s) )

## AGREED ORDER OF TURNOVER

    THIS MATTER COMING ON TO BE HEARD upon TRUSTEE'S MOTION (the "Motion") FOR TURN OVER ORDER AGAINST TIMOTHY CLARK AND MCGRATH & CLARK PC (the "Respondents"), due notice having been given to all parties entitled thereto, the Court having jurisdiction over this core proceeding, and the Court being fully advised that Respondents agree to the relief sought,

  IT IS HEREBY ORDERED THAT:

  1. The Motion is granted. The Respondents shall turn over, within seven (7) days the following documents:

    (A) All documents that relate to the trust agreement SBL 4771, the trust agreement described in the Deed in Trust attached to this Motion as Exhibit 1, and the Property's transfer as described in Exhibit 1; and

    (B) All documents that relate to the Will County state court case, Interstate Funding v. [illegible], case no. 18 TX 142, which is described on the Exhibit 2 attached to the Motion, the legal and factual issues relating to all parties' rights/interests in the Property at issue in said case, and Respondent's representation of any parties therein.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: June 05, 2020

**Prepared by:**

Daniel J. Nickel, Of Counsel
Law Office of Zane Zielinski, P.C.
6336 North Cicero Av., Suite 201
Chicago, Illinois 60646
ph: 773-877-3191
Email: trustee@zanezielinski.com
Email: daniel@nickellawoffice.com