# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| John Lee Easley and Christie M. Easley, | Bankruptcy No. 19-08104 |
| Debtors. | Honorable LaShonda A. Hunt |
| Cindy M. Johnson, Trustee, | |
| Plaintiff, | |
| v. | Adversary No. 20-00227 |
| John Lee Easley and Christie M. Easley, | |
| Defendants. | |

## NOTICE OF MOTION

**Please take notice** that on **Friday, October 23, 2019 at 9:15 a.m,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable LaShonda A. Hunt, United States Bankruptcy Judge for the Northern District of Illinois, or whomever may be sitting in her place and stead, and then and there present the **Trustee's Motion To Dismiss Adversary Proceeding against Defendants and Limit Notice,** a copy of which is attached hereto and hereby served on you.

This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated:   September 23, 2020               Respectfully submitted,

        Cindy M. Johnson, not individually but as the chapter 7 trustee of the bankruptcy estate of John L. and Christine M. Easley,

        By: /s/*Daniel J. Nickel*
             Of Counsel to the Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
    **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
  d.  773-877-3191
  f.  815-846-8516
  e.  trustee@zanezielinski.com

## Certificate of Service

      Daniel J. Nickel, an attorney, certifies that, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused on **September 23, 2020**, a copy of the foregoing *Notice of Motion* and the accompanying *Trustee's Motion to Dismiss Adversary Proceeding and to Limit Notice* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List and via U.S. mail on the Debtors, all creditors who timely filed a claim, and parties who requested notice.

                                           /s/ *Daniel J. Nickel*

### Mailing Information for Case No. 19-08104 & Adv. No. 20-00227

**ECF SERVICE LIST**

- David M. Siegel, Debtor's attorney — davidsiegelbk@gmail.com
- Patrick S Layng — USTPRegion11.ES.ECF@usdoj.gov
- Cindy M. Johnson, Ch. 7 Trustee — cmjtrustee@jnlegal.net
- Zane Zielinski — trustee@zanezielinski.com

**MANUAL SERVICE LIST - VIA U.S. MAIL**

**Debtors**
John Lee and Christie Easley
14136 Hunt Club
Plainfield, IL 60544

# All Creditors that Filed
# Proof of Claim

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

The Bank of Missouri
PO Box 105555
Atlanta, GA 30348

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

ONEMAIN
PO Box 3251
Evansville, IN 47731-3251

Dental Assoc. of Plainfield
c/o Collection Professionals Inc.
P.O. Box 416
LaSalle, IL 61301

Navient Solutions, LLC.
220 Lasley Ave
Wilkes-Barre, PA 18706

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788

PYOD, LLC
Resurgent Capital Services
PO Box 19008

2

Kirkland, WA 98083-0788

Cottonwood Financial Illinois, LLC.
1901 Gateway Dr., Ste 200
Irving, TX 75038

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090

Doran Hayes
777 Commercial St SE, Unit 324
Salem, OR  97301-0061

Greenville, SC 29602

Portfolio Recovery Associates, LLC
c/o Lane Bryant
POB 41067
Norfolk VA 23541

Portfolio Recovery Associates, LLC
c/o Hh Gregg
POB 41067
Norfolk VA

Portfolio Recovery Associates, LLC
c/o Hh Gregg
POB 41067
Norfolk VA

3

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| John Lee Easley and Christie M. Easley, | Bankruptcy No. 19-08104 |
| Debtors. | Honorable LaShonda A. Hunt |
| Cindy M. Johnson, Trustee, | |
| Plaintiff, | |
| v. | Adversary No. 20-00227 |
| John Lee Easley and Christie M. Easley, | |
| Defendants. | |

### TRUSTEE'S MOTION TO DISMISS ADVERSARY DEFENDANTS AND TO LIMIT NOTICE

Cindy M. Johnson, not individually but as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of John Lee Easley and Christie M. Easley (the "Debtors"), respectfully request the Court enter an order dismissing the adversary against Defendants, John Lee Easley and Christie M. Easley, and approve limited notice, and states as follows:

### PRELIMINARY STATEMENT

The Trustee filed this complaint against the Debtors, seeking pursuant to Section 727 to revoke their discharge, due to allegations that the Debtors failed to disclose to the Trustee the transfer of their real estate by quitclaim deed to a third party. The Trustee separately filed an adversary complaint against the latter third party pursuant to Sections 548-549 which has reached resolution pending this Court's approval of the Trustee's Rule 9019 motion to approve settlement.

After filing this Section 727 adversary complaint against the Debtors, the Trustee has had the opportunity to review the matter further, and discuss her concerns directly with the Debtors. Based upon this information, the Trustee believes it is appropriate to dismiss the adversary proceeding against the Debtors.

4

**Pursuant to Local Rule 7041-1, any creditors who wish to adopt and prosecute the adversary proceeding must seek leave to do so at or before the scheduled hearing of October 23, 2020.**

## THE ADVERSARY

1. On March 22, 2019 (the "Petition Date"), the Debtors filed a voluntarily petition (the "Petition") for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Cindy M. Johnson ("Trustee") is the duly appointed Chapter 7 Trustee herein.

3. The Debtors appeared at the Section 341 meeting on May 21, 2019.

4. The Court is the proper venue for this proceeding pursuant to 28 U.S.C. 1409(a).

5. The Trustee commenced an adversary proceeding against the two Debtors, *Johnson v. John and Christie Easley* (the "Defendants"), Case No. 19-08104 (the "Adversary Proceeding"), and as described in the Complaint filed therein, the Trustee asserted a Section 727 claim to revoke the Debtors' discharge (the "Claim").

6. The Defendants, a short time before filing their chapter 7 petition, transferred their real estate (personal residence) to a third party by a deed in trust (the "Transfer"). They did not disclose the transfer on their schedules or at the 341 meeting. The Trustee filed an adversary complaint against the third parties to avoid the Transfer, and has reached a settlement in that adversary case. The Trustee has also filed an accompanying Rule 9019 motion to approve settlement of those claims.

5

7. After filing this Section 727 adversary complaint against the Debtors, the Trustee has had the opportunity to review the matter further, and discuss her concerns directly with the Debtors. Based upon this information, the Trustee believes it is appropriate to dismiss the adversary proceeding against the Debtors.

**RELIEF REQUESTED**

8. The Trustee requests that the Court dismiss this Adversary Proceeding against the Defendants.

**NOTICE**

9. The Trustee has served at least twenty-one (21) days' written notice of this motion to the Debtors, and all creditors who timely filed a claim. To the extent that notice may be required to any scheduled creditors who did NOT file a claim, the Trustee requests that the Court limit notice to creditors who timely filed a claim. There are no other parties who requested written notice of motions filed in this proceeding. Pursuant to Fed.R.Bankr.P. 2002(h), the Trustee requests that this Court approve the notice.

**Wherefore**, the Trustee respectfully requests that this Court enter an order (i) dismissing the case against the Defendants, (ii) approving limited notice to creditors who timely filed a claim and deeming that sufficient notice was given, and (iii) granting such further relief as is fair and just.

Dated: September 23, 2020    Respectfully submitted,

                                                  Cindy Johnson, not individually but as the chapter 7 trustee of the bankruptcy estate of John Lee Easley and Christie M. Easley,

                                                  By: /s/ *Daniel J. Nickel*
                                                          One of his Attorneys

Zane L. Zielinski (6278776)

6

Daniel J. Nickel (6278133)
**THE LAW OFFICE OF
     ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191  /  773-981-4725  (Nickel)
f.   815-846-8516
e.  trustee@zanezielinski.com
e.  Daniel@nickellawoffice.com

7